**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JOHN T. COLBERT, | : | No. 139 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| HON. GARY GLAZER, JUDGE, PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 26th day of January, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.